In the United States District Court
Western District of Pennsylvania

| | |
|---|---|
| BARBARA BUERK AND<br>DANIEL BUERK H/W<br>1567 BUCKTAIL ROAD<br>ST. MARYS PA 15857<br>　　　　PLAINTIFFS<br>　v.<br>RYDER INTEGRATED LOGISTICS, INC<br>11690 NW 105TH STREET<br>MIAMI FL 33178<br>　　　　DEFENDANT | NO:<br><br><br>Jury Trial Demanded |

## COMPLAINT

1. The plaintiff is Barbara Buerk an adult who lives at 1567 Bucktail Rd. St. Marys PA 15857. Plaintiff Daniel Buerk is Barbara Buerk's husband and lives at the same address.

2. The defendant is Ryder Integrated Logistics Inc. (hereinafter this defendant will be referred to as "Ryder") This defendant is a Delaware corporation whose principal place of business is at 11690 NW. 105th St., Miami, FL. This corporation operates by and through its servant's agents, workmen and employees including truck drivers.

3. This action arises out of the truck collision which occurred within the Western District of Pennsylvania.

### JURISDICTION AND VENUE

4. This court has subject matter jurisdiction based on diversity of citizenship pursuant to 28 USC section 1332 and the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

5. Venue is proper as this action arises out of the truck collision which occurred within this judicial district.

## FACTS

6. On or about May 24, 2023, the plaintiff Barbara Buerk was working in the guardhouse at the entrance to Keystone Metal Powder Metal Company located at 251 State Street, St. Marys Pennsylvania.

7. On or about May 24, 2023, a person named Timothy Hutchinson was employed as a truck driver by defendant Ryder.

8. At all times relevant hereto Timothy Hutchinson was an agent, servant, workmen and employee of defendant Ryder operating within the course and scope of his employment relationship.

9. On or about May 24, 2023, at approximately 1310 hrs. Timothy Hutchinson was driving a 2024 Freightliner semi-truck that was pulling a 2014 trailer on State Street in the city of St. Marys Pennsylvania.

10. Timothy Hutchinson was driving the Freightliner semi-truck at the request of his employer Ryder.

11. The Freightliner semi-truck was owned by defendant Ryder.

12. While driving on State Street in St. Marys Pennsylvania, on or about May 24, 2023 at approximately 1310 hours, Timothy Hutchinson was driving in excess of the speed limit.

13. While driving on State Street in St. Marys Pennsylvania, on or about May 24, 2023 at approximately 1310 hours, Timothy Hutchinson lost control of the Freightliner. He crossed lanes to oncoming traffic, then went off the road and collided with the Keystone Metal Powder Metal Company guardhouse.

14. The guardhouse was occupied by Barbara Buerk when the accident occurred.

15. Due to the impact from the accident, the Freightliner and the guardhouse were demolished.

16. As a result of the accident, Barbara Buerk sustained significant personal injuries.

17. Video from inside the Freightliner shows Timothy Hutchinson failing to have two hands on the steering wheel prior to the accident.

18. Video from inside the Freightliner shows Timothy Hutchinson holding a bottle of water prior to the accident.

19. Video from inside the Freightliner shows Timothy Hutchinson driving in excess of the speed limit.

20. After the accident, Timothy Hutchinson alleged that he attempted to drink from a bottle of water.

21. After the accident, Timothy Hutchinson alleged that he swallowed the water wrong and he began to cough.

22. After the accident Timothy Hutchinson claimed while he was driving, he felt lightheaded and considered slowing down and pulling the vehicle to the side of the road.

23. Timothy Hutchinson did not attempt to slow down nor pull the vehicle over prior to the accident.

## COUNT I – NEGLIGENCE
## BARBARA BUERK v. DEFENDANT

24. Plaintiffs incorporate here by reference all paragraphs and allegations.

25. The negligence of defendant Ryder by virtue of the negligence of its employee Timothy Hutchinson consisted of:

    a. driving in excess of the speed limit,

    b. failure to maintain control of the semi-truck,

  c. driving too fast for conditions,

  d. illegally crossing lanes,

  e. illegally leaving the highway,

  f. crashing into the guardhouse,

  g. failing to pay attention while trying to drink from a bottle of water,

  h. attempting to drink from a bottle of water while operating a large semi-truck,

  i. failure to pullover the truck immediately upon realizing he was choking on water,

  j. failure to pull the truck over when he started feeling lightheaded,

  k. failure to slow the truck down when he started feeling lightheaded,

  l. failure to slow the truck down when he started choking on water,

  m. driving with only one hand on the steering wheel, and

  n. driving while holding a bottle of water in his hand.

  26. The direct negligence of defendant Ryder consisted of failure to properly supervise and train Hutchinson on the rules applicable to tractor trailer operators including the rules for obeying the speed limits, driving with one hand on the steering wheel and drinking liquid while operating a tractor trailer.

  27. As a result of the negligence of the defendant as is set forth hereinabove the plaintiff Barbara Buerk sustained significant personal injuries including concussion, loss of consciousness, headaches, nausea, cognitive dysfunction, memory loss, speech dysfunction, vision disturbance, concentration issues, post-concussion syndrome, post-traumatic stress disorder, cervical pain, head pain, thoracic pain, hip pain, buttock pain, lumbar pain, bilateral leg pain, radicular pain, knee pain, right thigh pain, chest pain, abdomen pain, hamstring tear, abrasions on her arms and head,

scaring, disfigurement, bruises, sleep disturbance, impaired gait, impaired balance, sensory impairment, anxiety, and emotional distress.

28. As a result of the negligence of the defendant as is set forth hereinabove the plaintiff Barbara Buerk has sustained and will continue to suffer from a loss of earnings and earning capacity, bills for medications and medical attention, anxiety and depression, pain and suffering and loss of life's pleasures.

WHEREFORE plaintiff Barbara Buerk prays for judgment against the defendant an amount in excess of $150,000.

## COUNT II – LOSS OF CONSORTIUM
## DANIEL BUERK v. DEFENDANT

29. Plaintiffs incorporate here by reference all paragraphs and allegations.

30. The plaintiff Daniel Buerk is the husband of Barbara Buerk. As a result of the negligence of the defendant, and the injuries caused to Barbara Buerk thereby, Daniel Buerk has been deprived of the services, comfort, and consortium of his wife.

WHEREFORE, plaintiff Daniel Buerk prays for judgment against the defendant an amount in excess of $150,000.

## JURY TRIAL DEMAND

31. Plaintiffs do hereby demand a trial by jury.

Respectfully Submitted,

_____
JOHN NEUMANN HICKEY ESQ
ATTORNEY FOR PLAINTIFFS
20 WEST FRONT STREET
MEDIA, PA 19063
JNH@HICKEYLAW.COM
610-891-8883